**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **KELLER, SCOTT E** | ) | **BANKRUPTCY CASE 10-12478** |
| **KELLER, KANDRA C** | ) | **Chapter 7** |
| | ) | |
| **DEBTORS.** | ) | |

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed

creditors were less than $5.00 each:

| Claim 3 | Allen County Public Library<br>900 Library Plaza<br>P.O. Box 2270<br>Fort Wayne, IN 46801-2270 | $2.66 |
|---|---|---|
| Claim 4 | Merchants Retail Credit Association, Inc<br>P.O. Box 11285<br>333 E Washington Blvd.<br>Fort Wayne, IN 46857 | 0.96 |
| Claim 8 | Hemet Radiology<br>P.O. Box 459<br>Hemet, CA 92546 | 1.98 |
| Claim 22 | Summit Radiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, STE 1310<br>Fort Wayne, IN 46802 | 4.26 |
| Claim 24 | Summit Radiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, STE 1310<br>Fort Wayne, IN 46802 | 3.74 |
| Claim 25 | Summit Radiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, STE 1310<br>Fort Wayne, IN 46802 | 1.53 |
| Claim 27 | Redi Med | 1.68 |

|  | c/o Snow & Sauerteig, LLP<br>203 E Berry Street, STE 1310<br>Fort Wayne, IN 46802 |  |
|---|---|---|
| Claim 29 | LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | 3.69 |
|  | Total: | $20.50 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, Jeffrey Arnold, Esquire, 209 W Van Buren Street, Columbia City, IN 46725, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

_____/s/ Dustin M. Roach_____
Dustin M. Roach